UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

LESLIE KOHN, TARA MURPHY, NICOLE SINATRA, and KHIABET LEAL,

                                  Plaintiffs,

-against-

CITY OF NEW YORK and WILLIAM BASSELL,

                                  Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

Case No. 1:25-CV-04831-KAM-RML

**PLEASE TAKE NOTICE** that Assistant Corporation Counsel Zachary T. Ellis of the Office of the Corporation Counsel of the City of New York shall now appear as counsel of record for Defendant, the City of New York, in the above-captioned action. Accordingly, I respectfully request that all future correspondence, filings, and any other communications or information relating to this matter be addressed to me at the address below.

Dated: New York, New York
       September 9, 2025

                                                    Respectfully submitted,

                                                    **MURIEL GOODE-TRUFANT**
                                                    Corporation Counsel of the City of New York
                                                    *Attorney for Defendant, the City of New York*
                                                    100 Church Street, Room 2-104
                                                    New York, New York 10007
                                                    (212) 356-0839
                                                    zellis@law.nyc.gov

                                                    By:    /s/
                                                                 ZACHARY T. ELLIS
                                                                 Assistant Corporation Counsel

CC:    All counsel of record (via CM/ECF)