UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LESLIE KOHN, TARA MURPHY, NICOLE
SINATRA, KHIABET LEAL,

                Plaintiff(s),

-against-

THE CITY OF NEW YORK and
WILLIAM BASSELL,

                Defendant(s).
-----------------------------------------------------------X

Civil Action No.: 1:25-cv-04831

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                s.s :
COUNTY OF NEW YORK  )

      BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., at 116 Nassau Street, Suite 816, New York, New York 10038, is over the age of eighteen years and is not a party to the action.

      That on the 4th day of September, 2025, at approximately 9:33 a.m., deponent served a true copy of the **Summons in a Civil Action; Complaint - Demand for Jury Trial; Civil Cover Sheet; Chambers Practices of Judge Kiyo A. Matsumoto (USDC, EDNY); Robert M. Levy, Magistrate Judge Practices and Rules (USDC, EDNY)** upon The City of New York c/o New York City Corporation Counsel at 100 Church Street, New York, New York 10007 by personally delivering and leaving the same with Adam Goebler, Docketing Clerk, who stated that he is authorized to accept service.

      Adam Goebler appears to be a white male, approximately 30-40 years of age, is approximately 5 feet, 7-11 inches tall, weighs approximately 150-170 pounds, has short brown hair, beard and moustache and dark eyes and was wearing glasses.

Sworn to before me this
4th day of September, 2025

_____
**NOTARY PUBLIC, STATE OF NEW YORK**
**STEVEN MITCHELL**
Reg. No. 01-MI-6326046
**Qualified in New York County**
**Commission expires June 08, 2027**

_____
BOBBY ALI #0871612

Case 1:25-cv-04831-KAM-RML    Document 6    Filed 09/02/25    Page 2 of 2 PageID #: 57

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
 _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
 designated by law to accept service of process on behalf of *(name of organization)* _____
 _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                          _____
                                                  *Server's signature*

                                          _____
                                               *Printed name and title*

                                          _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

