UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LESLIE KOHN, TARA MURPHY, NICOLE SINATRA, KHIABET LEAL and VERA REMETZ,

                Plaintiff(s),

   -against-

THE NEW YORK CITY DEPARTMENT OF EDUCATION and WILLIAM BASSELL,

                Defendant(s).
-----------------------------------------------------------X

Civil Action No.: 1:25-cv-04831

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                s.s :
COUNTY OF NEW YORK  )

     BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., at 116 Nassau Street, Suite 816, New York, New York 10038, is over the age of eighteen years and is not a party to the action.

     That on the 2nd day of October, 2025, at approximately 9:18 a.m., deponent served a true copy of the **Summons in a Civil Action; Amended Complaint - Demand for Jury Trial; Civil Cover Sheet; Chambers Practices of Judge Kiyo A. Matsumoto (USDC, EDNY); Robert M. Levy, Magistrate Judge Practices and Rules (USDC, EDNY)** upon The New York City Department of Education c/o New York City Corporation Counsel at 100 Church Street, New York, New York 10007 by personally delivering and leaving the same with Adam Goebler, Docketing Clerk, who stated that he is authorized to accept service.

     Adam Goebler appears to be a white male, approximately 30-40 years of age, is approximately 5 feet, 7-11 inches tall, weighs approximately 150-170 pounds, has short brown hair, beard and moustache and dark eyes and was wearing glasses.

Sworn to before me this
2nd day of October, 2025

_____
NOTARY PUBLIC, STATE OF NEW YORK
STEVEN MITCHELL
Reg. No. 01-MI-6326046
**Qualified in New York County**
**Commission expires June 08, 2027**

_____
BOBBY ALI #0871612

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Leslie Kohn,
Tara Murphy,
Nicole Sinatra,
Khiabet Leal,
and Vera Remetz

*Plaintiff(s)*

v.

The New York City Department of Education
and
William Bassell

*Defendant(s)*

Civil Action No. 1:25-CV-04831

CITY OF N.Y. LAW DEPT.
OFFICE OF CORP. COUNSEL
COMMUNICATIONS UNIT

2025 OCT -2 A 9:17

EDUCATION

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NEW YORK CITY DEPARTMENT OF EDUCATION
OFFICE OF THE GENERAL COUNSEL
52 CHAMBERS STREET
NEW YORK, NEW YORK 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy Robinson
Giskan Solotaroff & Anderson LLP
1 Rockefeller Plaza, 8th Floor, New York NY 10020
646-964-9609
arobinson@gslawny.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 9/29/2025

s/Jennier Tavarez

*Signature of Clerk or Deputy Clerk*