UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

LESLIE KOHN, TARA MURPHY, NICOLE SINATRA,
KHIABET LEAL, and VERA REMETZ,

**NOTICE OF APPEARANCE**

                                   Plaintiffs,

Case No. 1:25-CV-04831-
KAM-RML

               -against-

THE NEW YORK CITY DEPARTMENT OF
EDUCATION and WILLIAM BASSELL,

                                  Defendants.

------------------------------------------------------------------------ x

       **PLEASE TAKE NOTICE** that Assistant Corporation Counsel Zachary T. Ellis of the

Office of the Corporation Counsel of the City of New York shall now appear as counsel of record

for Defendant, the New York City Department of Education, in the above-captioned action.

Accordingly, I respectfully request that all future correspondence, filings, and any other

communications or information relating to this matter be addressed to me at the address below.

Dated: New York, New York
       October 2, 2025

                            Respectfully submitted,

                            **MURIEL GOODE-TRUFANT**
                            Corporation Counsel of the City of New York
                            *Attorney for Defendant, the New York City*
                                  *Department of Education*
                            100 Church Street, Room 2-104
                            New York, New York 10007
                            (212) 356-0839
                            zellis@law.nyc.gov

                        By:    /s/
                                  ZACHARY T. ELLIS
                                Assistant Corporation Counsel

CC:    All counsel of record (via CM/ECF)