

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THE CITY OF NEW YORK
LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY T. ELLIS**
*Assistant Corporation Counsel*
Labor and Employment Law Division
(212) 356-0839
zellis@law.nyc.gov

October 3, 2025

**Via CM/ECF**
Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Kohn*, et al. *v. New York City Department of Education*, et al.
      Case No. 1:25-CV-04831-KAM-RML

Dear Judge Levy:

  I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing Defendant, the New York City Department of Education ("DOE"), in the above-referenced action. In accord with Your Honor's Individual Rules of Practice, I write to respectfully request a thirty-day extension of time for the DOE to answer, move, or otherwise respond to Plaintiffs' Amended Complaint, from October 23, 2025, until and including November 24, 2025. This is the DOE's first request for an extension of time in this case. Plaintiffs consent to the requested extension, which would not affect any other deadlines in this case.

  The Amended Complaint, which sets forth 469 numbered paragraphs of allegations, is enormous. This thirty-day extension of time is requested to allow the DOE adequate time to investigate the Amended Complaint's allegations and prepare an appropriate response thereto. Additionally, I presently have a high volume of other employment-related matters in both federal and state court. Finally, I have a pre-planned vacation from October 11, 2025, until and including October 26, 2025. Consequently, the DOE respectfully requests an additional month in which to prepare an appropriate answer.

  Furthermore, this Office has not yet completed its investigation, pursuant to Section 50-k of the New York General Municipal Law, concerning the potential representation of the

individually named defendant, William Bassell. The requested extension will also allow this Office to make that representation decision prior to responding to the Amended Complaint. Accordingly, in order to preserve the individual defendant's rights while these inquiries are being made, this Office, without appearing on behalf of the individually named defendant, respectfully requests that William Bassell's time to respond to the Amended Complaint also be extended by the Court *sua sponte* to the same date as the DOE's time to respond.

I thank the Court for its consideration of these requests.

Respectfully submitted,

/s/
ZACHARY T. ELLIS
Assistant Corporation Counsel

cc:    All counsel of record (via CM/ECF)