# EXHIBIT A



An official website of the United States government  Here's how you know ⌄

# U.S. Equal Employment Opportunity Commission

---

# Confirmation

You have successfully filed a charge of discrimination against New York City Department of Education.

**Charge Number**
520-2026-00229

**Date**
October 10, 2025

**Respondent**
New York City Department of Education

**Charging Party**
Ms. Leslie Kohn

**Attorney**
Amy Robinson

**Assigned EEOC Office**
New York office
(929) 506-5270

Once EEOC staff is assigned to this charge, their contact information will be available in the EEOC Public Portal.

**You and your client may access the file.** You may access the file in the EEOC Public Portal. To do so, you will need to log into the EEOC Public Portal using the account affiliated with the email address you provided for yourself (that is,

arobinson@gslawny.com). If you do not have an account, you should create an EEOC Public Portal account affiliated with that email address. Your client may also access the file in the EEOC Public Portal. For your client to do so, they will need to log in using the account affiliated with the email address you provided for them (that is, leslierachelkohn@gmail.com).

**Amending the charge.** You cannot amend a charge using this application. If you would like to amend a charge, please contact the EEOC staff assigned to that charge. You can find that information in the [EEOC Public Portal](#).

If you have any questions or concerns, please contact us at [e-file-for-attorneys@eeoc.gov](mailto:e-file-for-attorneys@eeoc.gov).

Submit another charge:

○ Against a different respondent based on different allegations

○ Against a different respondent based on the same allegations

○ Against New York City Department of Education based on different allegations

Is the charge for the same client or a different client?

○ For Ms. Leslie Kohn

○ For a different client

A single charge may contain multiple allegations. When possible, please include all allegations involving the same client and the same respondent in a single charge.

**Begin New Charge**

Or



Log Out

[Return to top](#)

**EEOC.gov**                    **Privacy Policy**                    **Accessibility**



**U.S. Equal Employment Opportunity Commission**

    

## Agency Contact Center

[(800) 669-4000](tel:8006694000)



An official website of the United States government  Here's how you know ⌄

# U.S. Equal Employment Opportunity Commission

# Confirmation

You have successfully filed a charge of discrimination against New York City Department of Education.

Charge Number
520-2026-00234

Date
October 10, 2025

Respondent
New York City Department of Education

Charging Party
Tara Murphy

Attorney
Amy Robinson

Assigned EEOC Office
New York office
(929) 506-5270

Once EEOC staff is assigned to this charge, their contact information will be available in the EEOC Public Portal.

**You and your client may access the file.** You may access the file in the **EEOC Public Portal**. To do so, you will need to log into the EEOC Public Portal using the account affiliated with the email address you provided for yourself (that is,

arobinson@gslawny.com). If you do not have an account, you should create an EEOC Public Portal account affiliated with that email address. Your client may also access the file in the EEOC Public Portal. For your client to do so, they will need to log in using the account affiliated with the email address you provided for them (that is, tmurphy11222@gmail.com).

**Amending the charge.** You cannot amend a charge using this application. If you would like to amend a charge, please contact the EEOC staff assigned to that charge. You can find that information in the [EEOC Public Portal](#).

If you have any questions or concerns, please contact us at [e-file-for-attorneys@eeoc.gov](#).

Submit another charge:

○ Against a different respondent based on different allegations

○ Against a different respondent based on the same allegations

○ Against New York City Department of Education based on different allegations

Is the charge for the same client or a different client?

○ For Tara Murphy

○ For a different client

A single charge may contain multiple allegations. When possible, please include all allegations involving the same client and the same respondent in a single charge.

**Begin New Charge**

Or

Log Out

Return to top

EEOC.gov Privacy Policy Accessibility

U.S. Equal Employment Opportunity Commission

Agency Contact Center

(800) 669-4000