# EXHIBIT B

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202500170310**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

11/21/2025 4:01 PM
Claimant Last Name:KOHN
Claimant First Name:LESLIE

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202500170309**

**You uploaded:**
Claim Form: 1
Supporting Documents:1

11/21/2025 3:59 PM
Claimant Last Name:MURPHY
Claimant First Name:TARA