89 Mystic Drive
Ossining, NY 10562
December 15, 2025

The Honorable Kiyo A. Matsumoto
United States District Court – Eastern District
225 Cadman Plaza East – Room S905
Brooklyn, NY 11201

In re: Kohn, et al. v. New York City Department of Education, et al.
    1:25-CV-04831-KAM-RML

Dear Judge Matsumoto:

I am currently one of the defendants in the aforementioned matter, and I am seeking a three-week extension in exploring obtaining counsel.  I am currently functioning *pro se*. I am inexperienced in matters such as this, as I have never been involved in any litigation prior to this matter.

I am seeking the extension because:
1.  I presumed that the NYC Corporation Counsel would represent me in this matter.
2.  Because of a concurrent criminal matter (again, I have never been involved in any matter of this sort either), the Corporation Counsel, even after an appeal, declined to represent me.
3.  I discussed this with the General Counsel for my union, and he followed up with a possible attorney, Hanan Kolko.  This attorney's firm declined to take on the case because of an internal conflict.
4.  I met with a second attorney today, Scott Korenbaum, who stated that he cannot represent me because he is friends with one of the partners in the plaintiff's firm and is involved in a class action lawsuit against New York City.

Hence, I am requesting this extension so that I can find appropriate counsel to represent me in this matter.

Your consideration would be deeply appreciated.

Respectfully,

William C. Bassell
(914) 907-9372
willy.wcb@gmail.com

William Bassell

Hon. Kiyo A. Matsumoto
Room S 905 -Chambers

Re: 1:25:CV-04831-KAM-RML