89 Mystic Drive
Ossining, NY 10562
January 14, 2026

The Honorable Kiyo A. Matsumoto
United States District Court – Eastern District
225 Cadman Plaza East – Room S905
Brooklyn, NY 11201

In re: Kohn, et al. v. New York City Department of Education, et al.
    1:25-CV-04831-KAM-RML



Dear Judge Matsumoto:

I am currently one of the defendants in the aforementioned matter, and I am seeking an additional extension of at least six weeks in exploring obtaining counsel for the reasons delineated below. I am grateful that you granted my previous request, and did not realize that finding appropriate representation would take as long as it has. I am currently functioning *pro se*. I am completely and totally inexperienced in matters such as this, as I have never been involved in any litigation prior to this matter.

I am seeking the additional six-week extension because:
1. I am continuing to make a diligent search to seek an attorney, as previous possibilities have not been practical:
    a. One attorney declined to take the case because of an internal conflict within his firm
    b. Another attorney cannot represent me because he is acquainted with members of the plaintiff's retained firm and is also involved in a class action suit against New York City.
    c. An additional attorney is unable to represent me because of conflicts with organizations who retain him for other matters; he is unable to make recommendations for representing me in a civil defense, as his colleagues only conduct criminal defense.
    d. Other attorneys explored are charging fees way, way beyond my ability to pay as a public employee.
    e. The choice of an attorney for this matter is an important one, and the attorney must be selected carefully, after extensive review.
2. One of the plaintiffs in this matter is also a complainant in the concomitant criminal case. This civil case was filed prior to any resolution of the criminal case to which I have entered a plea of "not guilty". Although I may lack the legal vocabulary to express this as a motion, I would humbly request that this civil matter be temporarily put aside until the conclusion of the criminal case.
3. I initially presumed that the NYC Corporation Counsel would represent me in this matter.
4. Because of a concurrent criminal matter (again, I have never been involved in any matter of this sort either), the Corporation Counsel, even after an appeal, declined to represent me. This process took several months.



5. I have been advised by the General Counsel for my union that there continues to be the possibility that the Corporation Counsel may revise its determination after the upcoming court date for the criminal matter.
6. My request is not an attempt to delay unnecessarily; it is founded on the circumstances surrounding my current situation.

In accordance with your order, pending my obtaining an attorney, the Court may contact me for electronic service at bassellwilliam957@gmail.com, the Court may call me at the phone number below, or the Court may mail me at the address at the head of this letter.

Hence, I am requesting this additional six-week extension so that I can find appropriate counsel to represent me in this matter.

Your continued consideration would be deeply appreciated as I navigate this unfamiliar territory.

Respectfully and gratefully,

William C. Bassell
(914) 907-9372
bassellwilliam957@gmail.com