89 Mystic Drive
Ossining, NY 10562
February 11, 2026

The Honorable Kiyo A. Matsumoto
United States District Court – Eastern District
225 Cadman Plaza East – Room S905
Brooklyn, NY 11201

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  FEB 17 2026  ★

In re: Kohn, et al. v. New York City Department of Education, et al.
    1:25-CV-04831-KAM-RML

BROOKLYN OFFICE

Dear Judge Matsumoto:

This is in response to your communication to me instructing that I register a representative with the Court for the case above by February 13, 2026

At this point, I am moving forward pro se, because my diligent search for an appropriate defense attorney who I can afford has not been productive. Although moving ahead pro se, I will continue to seek an attorney who will join the case when arrangements have been made. Please consider this letter a statement of my registering myself pro se.

This entire ordeal, on both the civil and criminal sides, has taken a tremendous toll on me and my family, and my physical health has progressively deteriorated as well. The juxtaposition of a criminal court hearing on February 23, 2026 and a pre-motion conference on February 20, 2026 has placed a further stress on me as I need to prepare for both concurrently.

I would be grateful if you would move the pre-motion conference ahead to mid-March so that I can prepare what I need to defend myself in this case.

I have several questions:
1. Am I required to attend the pre-motion conference?
2. Are there specific resources the Court offers for pro se defendants in addition to the manual that I found online and the recommendations that you made last time? I would be grateful if you could guide me in that direction.
3. It appears that costs for civil litigation are prohibitively expensive, and are far beyond my reach as a public employee. Are you able to share the income limits for pro bono representation? How would that work and how would I find out more?

Your continued consideration would be deeply appreciated as I navigate this unfamiliar territory.

Respectfully and gratefully,

William C. Bassell
(914) 907-9372
bassellwilliam957@gmail.com

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    FEB 17 2026    ☆

BROOKLYN OFFICE

To: Judge Kiyo Matsumoto
From: William Bassell
Re: 1:25-CV-04831-KAM-RML



# UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL EXPRESS®

PRIORITY MAIL EXPRESS
POSTAGE REQUIRED


how2recycle.info
PLASTIC BAG

# MAILING ENVELOPE
## FOR DOMESTIC AND INTERNATIONAL USE


EMS

To schedule free Package Pickup, scan the QR code.





EI 540 445 925 US

## PRIORITY MAIL EXPRESS®

### CUSTOMER USE ONLY

**FROM:** (PLEASE PRINT)   PHONE ( )

William Bassell
89 Mystic Drive
Ossining, NY 10562

### DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE ( )

Hon. Kiyo Matsumoto
US District Court - Eastern District
225 Cadman Plaza East   Room S905
Bklyn NY

**ZIP + 4®** (U.S. ADDRESSES ONLY)

1 1 2 0 1 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

 **PEEL FROM THIS CORNER**

### PAYMENT BY ACCOUNT (if applicable)

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|

### ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $ |
|---|---|---|
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees |
| Weight ☐ Flat Rate ___ lbs. ___ ozs. | Acceptance Employee Initials | $ |

### DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13C © U.S. Postal Service; September 2021; All rights reserved.