

March 23, 2026

The Honorable Kiyo A. Matsumoto
United States District Court – Eastern District
225 Cadman Plaza East – Room S905
Brooklyn, NY 11201

In re: Kohn, et al. v. New York City Department of Education, et al.
    1:25-CV-04831-KAM-RML


Dear Judge Matsumoto,

As you requested during the pre-motion conference on March 10, 2026, I am providing an update to my appearance in Queens Criminal Court on March 19, 2026.

The judge set the next appearance in court for May 1, 2026.

Respectfully,

*/s/ William C. Bassell*

William C. Bassell
bassellwilliam957@gmail.com