UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                               :

KOHN, ET AL.,                         :

                                   :     Case No.: 1:25-cv-04831 (KAM)

                   Plaintiffs,    :

                                   :

      -against-                 :     NOTICE OF LIMITED

                                   :     APPEARANCE OF

NYC DEPT. OF EDUCATION, ET AL.,    :     *PRO BONO* COUNSEL

                                   :

                 Defendants.   :
-------------------------------------------------------------------- X

To the Clerk of this Court and All Parties of Record:

      Please enter my appearance as *pro bono* counsel in this case on behalf of

Defendant William C. Bassell for the limited and exclusive purpose of settlement conference.

      I certify that I am admitted to practice before this Court.

Dated:  Newark, New Jersey
        June 15, 2026

                             /s  David Michael White_____
                             David Michael White, Esq.
                             david.white@shu.edu

                             **SETON HALL UNIVERSITY**
                             **SCHOOL OF LAW**
                             **MEDIATION ADVOCACY PROGRAM**
                             One Newark Center, Office 429
                             Newark, New Jersey 07102
                             973.642.8084