# GISKAN SOLOTAROFF & ANDERSON LLP

### Attorneys at Law

July 2, 2026

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

>   Re:   ***Kohn, et al. v. New York City Department of Education and William Bassell,***
>          **Case No.: 1:25-cv-04831 (KAM) (RML)**

Dear Judge Levy:

I represent the Plaintiffs in this matter. I write, jointly with counsel for the Department of Education ("DOE") and William Bassell, to respectfully submit a joint status update and to request that a second Settlement Conference be scheduled at the Court's earliest convenience.

The Court held a Settlement Conference in this matter on April 22, 2026. Counsel for Plaintiffs and the DOE engaged in lengthy discussions. Bassell appeared *pro se*. The case did not settle, and Your Honor ordered that limited scope counsel be appointed for Defendant Bassell. On June 16, 2026, David M. White entered a limited scope appearance on behalf of Bassell. *See* ECF 38. In light of this appointment, the parties respectfully request that the Court schedule a second Settlement Conference so that they may continue their settlement discussions with the Court's assistance.

>                     Respectfully,
>
>                     /s/ *Amy E. Robinson*
>                     Amy E. Robinson
>                     Symone M. Yancey
>                     GISKAN, SOLOTAROFF & ANDERSON, LLP
>                     1 Rockefeller Plaza, 8th Floor
>                     New York, New York 10020
>                     (646) 964-9609
>                     arobinson@gslawny.com
>                     syancey@gslawny.com
>                     *Counsel for Plaintiffs*

David M. White
Seton Hall University School of Law
One Newark Center, Office 429
Newark, New Jersey 07102
973.642.8084
david.white@shu.edu
*Counsel for Defendant William Bassell*


CORPORATION COUNSEL OF THE CITY OF
NEW YORK
Zachary T. Ellis
David Thayer
100 Church Street, Room 2-104
New York, New York 10007
(212) 356-0839
zellis@law.nyc.gov
dthayer@law.nyc.gov
*Counsel for Defendant DOE*