THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**DAVID S. THAYER**
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

November 13, 2026

***Via ECF***

The Honorable Robert M. Levy
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Kohn, *et al.* v. N.Y.C. Dep't of Educ., *et al.***
**No. 25 CV 4831 (KAM)(RML)**

Dear Magistrate Judge Levy:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, Steven Banks, attorney for the Defendant New York City Department of Education ("DOE") in the above-reference action. Jointly with Plaintiffs' counsel,[1] I write to provide a status update on the parties' settlement discussions and the case more generally.

Since the parties' last appearance before the Court, the Plaintiffs have, as directed by the Court, provided a proposed amended complaint for the Defendants' consideration. In connection with the DOE's review of that amended complaint, DOE has indicated to Plaintiffs' counsel that further settlement discussions regarding Plaintiff Leal's claims would be welcome in advance of the actual filing of the proposed amended complaint. Plaintiffs' counsel has relayed her amenability to further discussions. In the interim, DOE's counsel has also been discussing a potential settlement of Ms. Leal's claims with liaisons at the DOE and with colleagues at the Law Department. To that end, the DOE's counsel and Plaintiffs' counsel have discussed whether the calendaring of a further settlement conference before Your Honor might be helpful in reigniting

[1] Although I sent a draft version of this letter to counsel for co-Defendant Bassell, it is my understanding that he was not available today, and so this status letter is submitted without his participation.

settlement discussions with respect to Ms. Leal's claims. After further discussion occurs between Plaintiffs' counsel and the DOE's counsel, they anticipate that they will request such a conference.

Furthermore, as Your Honor is aware, the DOE and Mr. Bassell have also been engaged in negotiations regarding the contributions that Mr. Bassell will make to those settlements. As requested by the Court, Defendants will advise the Court of the status of those negotiations by way of a confidential status report to Your Honor's Chambers.

The parties thank the Court for its consideration of this matter.

Respectfully yours,

/s/ David S. Thayer

David S. Thayer

cc: ***Via ECF***
All counsel of record